IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH BLACKBURN, | ) |
| | ) CIVIL ACTION |
| Plaintiff, | ) |
| | ) NO.: 3:21-cv-01373-MEM |
| v. | ) |
| | ) |
| UFP GORDON, LLC d/b/a | ) **JURY TRIAL DEMANDED** |
| UNIVERSAL FOREST PRODUCTS, | ) |
| | ) *ELECTRONICALLY FILED* |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Plaintiff, JOSEPH BLACKBURN, and Defendant, UFP GORDON, LLC d/b/a UNIVERSAL FOREST PRODUCTS, constituting all of the parties of record in the above-captioned action, hereby stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to the dismissal of the above-captioned action in its entirety and with prejudice with each party bearing its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Derrek W. Cummings* | */s/ Christopher C. Channel* |
| Derrek W. Cummings, Esquire | Christopher S. Channel, Esquire |
| dcummings@weisbergcummings.com | cchannel@leechtishman.com |
| WEISBERG CUMMINGS, P.C. | LEECH TISHMAN FUSCALDO & |
| 2704 Commerce Drive, Suite B | LAMPL, LLC |
| Harrisburg, PA 17110 | 525 William Penn Place, 28th Floor |
| (717) 238-5707 | Pittsburgh, PA 15219 |
| | (412) 261-1600 |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| | |
| APPROVED: 7/5/22 | *s/ Malachy E. Mannion* |
| | J |